UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

STEPHEN OSEZELE OSEGHALE,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26-CV-588-CCB-SJF

### ORDER

Stephen Osezele Oseghale, an immigration detainee representing himself, was granted until July 27, 2026, to file an amended petition for writ of habeas corpus because the current petition did not state a basis for relief. ECF 7. He was cautioned that if he did not respond by the deadline, the petition would be denied without further notice. *Id.* The deadline has passed with no response.

For these reasons, the court **DENIES** the petition (ECF 1) and **DIRECTS** the clerk to close this case.

SO ORDERED on August 4, 2026.

  /s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT